UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

  **v.**              Case No. 06-CR-307

**JESUS LEZAMA-CORTES,**

   **Defendant.**

## ORDER

  Upon the motion by the government, the Court dismisses the above-entitled indictment without prejudice against Jesus Lezama-Cortes based upon the fact that the defendant has been deported to Mexico.

  Dated this 2nd day of February, 2007.

                    s/ Rudolph T. Randa
                    Hon. Rudolph T. Randa
                    Chief United States District Judge